UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 4.2**
Eastern Division

Maricel O Eusebio
                        Plaintiff,

v.                                                   Case No.: 1:11−cv−00811
                                                        Honorable Robert M. Dow Jr.

Nizar Assaf, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, May 23, 2011:

      MINUTE entry before Honorable Robert M. Dow, Jr: Status hearing held on 5/23/2011. The following discovery deadline has been adopted by this Court: Rule 26 disclosures by 6/10/2011; Oral and written discovery to be completed by 8/19/2011; amending pleadings and counterclaims by 8/31/2011; exchange of expert reports by 9/16/2011; expert discovery to be completed by 10/7/2011; and filing of dispositive motions by 10/21/2011. Status hearing set for 10/11/2011 at 09:00 AM. Notices Mailed by Judge&#039;s Staff notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.