**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **MARICEL O. EUSEBIO,** | ) | |
| | ) | |
| **Plaintiff,** | ) | Case No. 11-cv-00811 |
| | ) | |
| **v.** | ) | Hon. Robert M. Dow, Jr. |
| | ) | |
| **NIZAR ASSAF and NANA ASSAF,** | ) | JURY TRIAL DEMANDED |
| | ) | |
| **Defendants.** | ) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY
DISMISSAL OF AMENDED COMPLAINT WITH PREJUDICE**

1.      Plaintiff Maricel O. Eusebio, pursuant to Rule 41(a)(1)(A)(1) of the Federal Rules of Civil Procedure and in view of a settlement agreement entered into with the defendants hereby dismisses the Amended Complaint with prejudice.

2.      Defendants have filed neither an answer to the Amended Complaint nor a motion for summary judgment.  Dismissal under Rule 41(a)(1)(A)(1) is therefore appropriate.

Respectfully submitted,

**MARICEL O. EUSEBIO**

DATED:  September 26, 2011

By:  s/ Robert R. Stauffer_____
    Robert R. Stauffer (6192749)
    Adam C. G. Ringguth (6297519)
    JENNER & BLOCK LLP
    353 N. Clark Street
    Chicago, IL 60654-3456
    (312) 222-9350

*Attorneys for Maricel O. Eusebio*

## CERTIFICATE OF SERVICE

I, Adam C. G. Ringguth, an attorney, certify that I served the foregoing **PLAINTIFF'S**

**NOTICE OF VOLUNTARY DISMISSAL OF AMENDED COMPLAINT WITH**

**PREJUDICE** upon:

> Linda Babich
> One South Dearborn Street - Suite 2100
> Chicago, Illinois
> 60603

by causing the same to be filed electronically and by having a true and correct copy thereof

deposited in the U.S. Mail, in an envelope properly addressed and with sufficient postage affixed

thereto, this 26th day of September, 2011.

_____s/ Adam C. G. Ringguth_____
Adam C. G. Ringguth
