# UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 4.2**
### Eastern Division

Maricel O Eusebio
                        Plaintiff,

v.                                                      Case No.: 1:11−cv−00811
                                                        Honorable Robert M. Dow Jr.

Nizar Assaf, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 27, 2011:

      MINUTE entry before Honorable Robert M. Dow, Jr: Plaintiff having voluntarily dismissed the above−entitled case, status hearing date of 10/11/2011 is stricken. Notices Mailed by Judge's Staff (tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.